UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN ENG, | ) | |
| Plaintiff(s), | ) | No. C 09-5908 BZ |
| v. | ) | |
| UNITED COMMERCIAL BANK, et al, | ) | **BRIEFING ORDER** |
| Defendant(s). | ) | |

Having received plaintiff's motion to remand, **IT IS ORDERED** as follows:

1. Any opposition to the motion shall be filed by **FEBRUARY 3, 2010.** Any reply shall be filed by **FEBRUARY 10, 2010.**

2. The motion is scheduled to be heard on **MARCH 3, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 25, 2010

  Bernard Zimmerman
  United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\SCHED ORD.wpd

1