UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

               Plaintiff,

  v.

UNITED COMMERCIAL BANK et al,

               Defendant.

_____/

Case Number: CV09-05908 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached ORDER DENYING MOTION TO REMAND CASE TO STATE COURT, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Eng
809 Kearny Street
San Francisco, CA 94108

Dated: March 4, 2010

Richard W. Wieking, Clerk

By: Ada Yiu, Deputy Clerk