Dennis Yan
SB #257854
595 Market Street, Suite 1350
San Francisco, California 94105
Phone (415) 867-5797
Fax (415) 901-0650
EMAIL dennis@yanlaw.com
Attorney for PLAINTIFF

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN ENG<br><br>PLAINTIFF,<br><br>vs.<br><br>UNITED COMMERCIAL BANK, AND DOES 1 TO 10,<br><br>Defendants. | Case No.: C 09-05908 BZ<br><br>**REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: MARCH 29, 2010<br><br>TIME: 4:00 PM<br><br>COURTROOM: G, 15TH Floor |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:

DENNIS YAN, attorney of record for Plaintiff Martin Eng, hereby request court's permission to appear telephonically at the case management conference at the time and place captioned above.

The reason for this request is that counsel is on a business trip outside of the country, but will be able to make arrangement to appear telephonically.

Date: March 20, 2010

/s/DENNIS YAN



GRANTED. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: 3/22/2010

1