UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN ENG, | ) | |
| Plaintiff(s), | ) ) | No. C09-5908 BZ |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| UNITED COMMERCIAL BANK, et al, | ) ) ) | **RE: CONTEMPT** |
| Defendant(s). | ) ) ) | |

On **MARCH 29, 2010**, a case management conference was held. Defendant's counsel appeared but plaintiff's counsel did not. Plaintiff's counsel had specifically requested leave to appear telephonically yet failed to call in at the designated time. **IT IS ORDERED** that plaintiff's counsel show cause **IN WRITING** by **APRIL 12, 2010** why he failed to appear at the case management conference and why he should not be sanctioned under Rule 16(f). A hearing on the Order To Show Cause is scheduled for **APRIL 19, 2010, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If defendant wishes to propose a

1

sanction, it shall do so by **APRIL 15, 2010.**

Dated: April 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\OSC ORD.wpd