UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED COMMERCIAL BANK and DOES 1 TO 10,<br><br>      Defendants. | No. C09-5908 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court having read plaintiff's counsel's response to the Order to Show Cause, **IT IS HEREBY ORDERED** that the order to show cause, entered on April 1, 2010, is **DISCHARGED.**

Dated: April 6, 2010

                                          _____
                                          Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\ORDER DISCHARGING OSC.wpd

1