UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN ENG, | ) | |
| Plaintiff(s), | ) | No. C09-5908 BZ |
| v. | ) | **FINAL JUDGMENT** |
| UNITED COMMERCIAL BANK, et al, | ) | |
| Defendant(s). | ) | |

The Court having granted defendant and cross-complainant the FDIC's motion for summary judgment on June 4, 2010, **IT IS ORDERED** that the FDIC recover from plaintiff Martin Eng the sum of $114,181.28, consisting of unpaid principal in the amount of $99,820.00 and accrued interest in the amount of $14,361.28 through June 2, 2010 with post-judgment interest and costs of suit. Eng shall recover nothing by way of his complaint.

Dated: June 4, 2010

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\JUDGMENT.wpd

1