UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>UNITED COMMERCIAL BANK, et al,<br><br>　　　　Defendant(s). | No. C09-5908 BZ<br><br>**BRIEFING ORDER** |

Having received defendant's motion for attorneys' fees, **IT IS ORDERED THAT** any opposition shall be filed by **July 7, 2010**. Any reply shall be filed by **July 14, 2010.**

Dated: June 17, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\BRIEFING ORDER.wpd

1