UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG,<br><br>        Plaintiff(s),<br><br>  v.<br><br>UNITED COMMERCIAL BANK, et al,<br><br>        Defendant(s). | No. C09-5908 BZ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Having reviewed the papers filed in connection with defendant's motion for attorney's fees, **IT IS ORDERED** as follows:

    1.  By **August 4, 2010**, defendant shall file a supplemental brief citing to any authority it has for the proposition that a party who drafts a narrow attorney's fee provision in a standardized contract, such as the one at issue here which appears to limit an award of fees to "actions to collect a note," may seek to interpret it to permit that party to collect the fees defendant seeks here. As the Court reads both <u>Hsu v. Abbara</u>, 9 Cal.4th 863, (1995) and <u>Pacific Custom</u>

1

1 | Pools, Inc. v. Turner Constr. Co., 79 Cal.App.4th 1254 (2000),
2 | in those cases the court was interpreting provisions which
3 | awarded fees to the prevailing party, and the issue generally
4 | before the court was to identify the prevailing party.  Here,
5 | there is no issue over who prevailed; the issue is instead
6 | what is the scope of agreement between the parties with
7 | respect to fees.  Section 1717, in the Court's view, merely
8 | makes the fee provision reciprocal; it does not expand its
9 | scope.

   2.  If plaintiff wishes, he may respond to the defendant's brief by **August 11, 2010**.

   3.  The hearing presently scheduled for **August 4, 2010** is **VACATED**.  The Court will scheduled a new hearing, if one is required.

Dated: July 27, 2010

                                           /s/ Bernard Zimmerman
                                          Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\ENG V. UNITED COMMERCIAL\ORD REQUIRING SUPPLMENTAL BRIEFING.wpd