PAUL R. PERDUE
Attorney at Law

July 28, 2010

Hon. Bernard Zimmerman
Magistrate Judge, U.S. District Court
450 Golden Gate Avenue
San Francisco CA 94102

Re: <u>Eng v. United Commercial Bank</u>
U.S. District Court no. CV 09-5908 BZ

Dear Judge Zimmerman,

The motion of the Federal Deposit Insurance Corporation, as Receiver of United Commercial Bank, for an award of attorney's fees in the above-referenced action presently is pending.

This is to request that the motion go off calendar.

Thank you for your attention to, and cooperation in, this request.

Respectfully yours,

Paul R. Perdue
Attorney for Defendant
and Cross-Complainant

PRP:am
cc: Demas Yan, Maistri Eng

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: August 4, 2010

369 Pine Street, Suite 820, San Francisco, CA 94104
Tel: 415.391.0474 Fax 415.732.0287